# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SYNEA HASAN RAHMAN EL,

      Plaintiff,

v.

FIRST FRANKLIN FINANCIAL
CORPORATION, HOME LOAN
SERVICES, and TROTT AND
TROTT, P.C.

      Defendants.

_____/

Case No. 09-cv-10622

Hon. Gerald E. Rosen

Mag. Judge Virginia M. Morgan

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       November 17, 2009

PRESENT:  Honorable Gerald E. Rosen
Chief Judge, United States District Court

This matter having come before the Court on the October 29, 2009 Report and

Recommendation of United States Magistrate Judge Virginia M. Morgan recommending

that the Court grant Defendants' motions to dismiss and/or for summary judgment; and

Plaintiff having timely filed Objections; and the Court having reviewed the Magistrate

Judge's Report and Recommendation, Plaintiff's Objections, and the Court's file of this

matter and having concluded that, for the reasons stated in the Report and

Recommendation, Plaintiff's complaint should be dismissed with prejudice, and being

otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's October 29, 2009 Report and Recommendation **[Dkt. # 22]** is hereby ADOPTED by the Court.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Defendant Trott & Trott, P.C.'s Motion to Dismiss and/or for Summary Judgment **[Dkt. # 16]** is GRANTED.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Defendants First Franklin Loan Services and Home Loan Services' Motion to Dismiss and/or for Summary Judgment **[Dkt. # 19]** is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's complaint **[Dkt. # 1]** is DISMISSED with prejudice.


s/ Gerald E. Rosen
Chief Judge, United States District Court

Dated: November 17, 2009


### CERTIFICATE OF SERVICE

I hereby certify that on ___ November 17, 2009 ___, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: ___ William G. Asimakis, Jr.; Julie L. Druzinski; Richard Welke ___, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
__ Synea Hasan Rahman El; 5261 Courville, Detroit, MI 48224 __.

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(313) 234-5137